UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 2 5 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Nicole M. Settles, )
)
Plaintiff, )
)
v. )      Civil Action No.    **10 1432**
)
D.C. Housing Authority, )
)
Defendant. )
)

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack

of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000. A party seeking relief in the district court must at least

plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to

plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of the District of Columbia, sues the D.C. Housing Authority for

alleged injuries she suffered when she allegedly fell into an "unknown hole that was on a path

walkway" in the 200 block of 37th Street, S.E. Compl. at 1. Plaintiff seeks $85,000 in monetary

damages. The complaint neither presents a federal question nor provides a basis for diversity

jurisdiction because the parties are not of diverse citizenship. Plaintiff's recourse lies, if at all, in

the Superior Court of the District of Columbia. A separate Order of dismissal accompanies this Memorandum Opinion.

Gladys Kessler
United States District Judge

Date: August 12, 2010